GEORGIA POWER COMPANY *v.* FRIAR.

No. 10022. JULY 30, 1934. REHEARING DENIED SEPTEMBER 18, 1934.

Russell, C. J., and Atkinson and Hutcheson, JJ., being disqualified, Judges McLaughlin, Graham, and Hawkins were designated for this case.

*Colquitt, Parker, Troutman & Arkwright* and *Erwin, Erwin & Nix,* for plaintiff in error.

*Little, Powell, Reid & Goldstein* and *J. B. Jones,* contra.

McLAUGHLIN, Judge. After mature deliberation this court is of the opinion that the judgment rendered by the Court of Appeals in this case is correct; and the judgment is therefore

*Affirmed. Beck, P. J., Gilbert, Bell, and McLaughlin, JJ., concur. Graham and Hawkins, JJ., dissent.*